# EXHIBIT 6

Nancy,

Case: Seoul Garden. It is one of the FY2015 Midwest Region Hospitality Initiative case.

Type - Full investigation

Coverage: FLSA Section 3 (s)(1)(A) coverage applies.

Period: 10/29/2012 – 10/28/2014

Violation: OT and Record Keeping

BW: A total of $59,458.19 overtime back wages was computed for 20 employees.

Status: The employer disagreed with the investigation findings. The employer is arguing that the employees' payment had included overtime premium.

Recommendation: Deliberative Process, Investigative Files, Attorney-Client, Work Product

Jihong